CLOSED, CV

# U.S. District Court
# District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:08−cv−01200−PAM−JJK

Robinson v. Davol, Inc. et al
Assigned to: Senior Judge Paul A. Magnuson
Referred to: Magistrate Judge Jeffrey J. Keyes
Demand: $75,000
Cause: 28:1332−pip−Diversity−Personal Injury, Product Liability

Date Filed: 05/02/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**John F. Robinson** represented by **Charles H Johnson**
Charles H Johnson &Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651−633−5685
Fax: 651−633−4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/02/2008 | Ï 1 | COMPLAINT against Davol, Inc., C.R. Bard, Inc. (Filing fee $350 receipt number 40023413) assigned to Judge Paul A. Magnuson per Master List referred to Magistrate Judge Janie S. Mayeron, filed by John F. Robinson. (Attachments: # 1 Civil Cover Sheet) (jz) (Entered: 05/02/2008) |
| 05/02/2008 | Ï | Summons Issued as to Davol, Inc., C.R. Bard, Inc. (jz) (Entered: 05/02/2008) |
| 05/14/2008 | Ï 2 | REQUEST FOR WAIVER of Service sent to Sabina Downing (ckp.filings@crbard) Defense Counsel for Service of Process on May 14, 2008 by John F. Robinson. Waiver of Service due by 6/16/2008. (Attachments: # 1 Attached Waiver of Service Form, # 2 Certificate of Service of Notice of Suit and Request for Waiver of Service of Summons, Waiver of Service of Summons Form, NEFs, Summons, and Complaint)(Johnson, Charles) (Entered: 05/14/2008) |
| 05/21/2008 | Ï 3 | WAIVER OF SERVICE Returned Executed filed by John F. Robinson. Davol, Inc. waiver sent on 5/14/2008, answer due 7/14/2008; C.R. Bard, Inc. waiver sent on 5/14/2008, answer due 7/14/2008. (Attachments: # 1 Certificate of Service)(Johnson, Charles) (Entered: 05/21/2008) |
| 05/30/2008 | Ï 4 | TEXT−ONLY ENTRY. CLERK'S NOTICE OF REASSIGNMENT OF MAGISTRATE JUDGE. The Clerk of Court is directed to reassign the Magistrate Judge in this case. Case is reassigned to |

| | | |
|---|---|---|
| | | Magistrate Judge Jeffrey J. Keyes for all further proceedings. Magistrate Judge Janie S. Mayeron no longer assigned to the case. In addition, any proceedings currently scheduled before the transferring Magistrate Judge will proceed in front of that Judge, unless directed otherwise. Please contact Jackie Phipps, at (612) 664−5470, for scheduling or other matters related to Magistrate Judge Keyes. **NOTE:** the new case number is **08cv1200 PAM/JJK**. Please use this case number for all subsequent pleadings. (JME) (Entered: 05/30/2008) |
| 06/20/2008 | 5 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO−20), transferring case to the District of Rhode Island per MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to Judge Mary M. Lisi. (JMH) (Entered: 06/23/2008) |